# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Chapter 7 |
| Shawntia Genee Chester, | BKY 19-40366 |
| Debtor. | |

## ORDER

At Minneapolis, Minnesota, May 15, 2019.

The United States Trustee's motion to dismiss this chapter 7 case under 11 U.S.C. §707(b)(1), based on the totality of circumstances under 11 U.S.C. §707(b)(3) is before the court.

For reasons stated orally and recorded in open court,

IT IS ORDERED:

This case is dismissed under 11 U.S.C. § 707(b)(1).

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/15/2019
Lori Vosejpka, Clerk, by LH